# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Courtney Motley,

Petitioner

v.

Jeremy Bean, et al.,

Respondents

Case No.: 2:26-cv-03603-JAD-BNW

**Order Denying IFP Application and Directing Petitioner to Pay Filing Fee**

[ECF No. 1]

Pro se Petitioner Courtney Motley filed an application to proceed in forma pauperis[1] along with a 28 U.S.C. § 2254 petition for writ of habeas corpus,[2] challenging his state conviction. Because his IFP application demonstrates that he is ineligible, I deny his IFP application and instruct Motley to pay the $5.00 filing fee.

A $5.00 filing fee is required to initiate a habeas action in a federal district court.[3] Although the court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency,[4] the supporting documents show Motley can pay the $5.00 filing fee. Thus, he does not qualify for a fee waiver. I therefore deny his IFP application and give him until **December 10, 2026**, to pay the $5 filing fee.

**IT IS THEREFORE ORDERED** that:

1. Petitioner's Application to Proceed in forma pauperis **[ECF No. 1] is DENIED.**
2. Motley must pay the $5.00 filing fee by **December 10, 2026.**

---

[1] ECF No. 1.

[2] ECF No. 1-1. The initial screening of the petition under the Rules Governing Section 2254 Cases is deferred until he has fully complied with this order.

[3] 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees.

[4] 28 U.S.C. § 1915; LSR 1-1, 1-2.

3. **If Motley fails to comply with this order by paying the filing fee by December 10, 2026, this case will be dismissed without prejudice and without further advance notice.**

U.S. District Judge Jennifer A. Dorsey
November 16, 2026